**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT CHARLES MATTHEWS,

       Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS DOCTOR,

       Defendant.

_____/

No. C 07-01474 SBA (PR)

**ORDER OF TRANSFER**

      Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983 and an application for <u>in forma pauperis status</u>.  The acts complained of occurred at the Deuel Vocational Institution, which is located in the Eastern District of California, and it appears that Defendant resides in that district.  Venue, therefore, properly lies in that district and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).

      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith.

      IT IS SO ORDERED.

DATED: <u>7/16/07</u>

                                SAUNDRA BROWN ARMSTRONG
                                United States District Judge

P:\PRO-SE\SBA\CR.07\Matthews1474.transfer.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SCOTT CHARLES MATTHEWS,

        Plaintiff,

  v.

CA DEPT. OF CORRECTIONS et al,

        Defendant.

                                    /

Case Number: CV07-01474 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Charles Matthews 10533675
Eastern Oregon Correctional Institution
2500 Westgate
Pendleton,  OR 97801

Dated: July 16, 2007

                                  Richard W. Wieking, Clerk
                                  By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

P:\PRO-SE\SBA\CR.07\Matthews1474.transfer.frm